IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROXANNE M. HOFFMAN,

    Plaintiff,                                            Case No. 1:24-cv-910-JMC-KK

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

**ORDER OF REFERENCE RELATING TO SOCIAL SECURITY APPEALS**

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings and Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), the Court refers this case to Magistrate Judge Kirtan Khalsa to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The Court will give the parties the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Parties must file objections within fourteen (14) days after being served with a copy of the proposed disposition.

    IT IS SO ORDERED.

                                                              Entered for the Court
                                                              this the 6th day of December, 2024

                                                              /s/ Joel M. Carson III_____
                                                              Joel M. Carson III
                                                              United States Circuit Judge
                                                              Sitting by Designation