IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROXANNE M. HOFFMAN,

    Plaintiff,

v.                                            Civ. No. 24-910 JMC/KK

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition granting Ms. Hoffman's Motion seeking reversal of the Commissioner of the Social Security Administration's unfavorable decision, the Court hereby enters judgment in favor of Plaintiff Roxanne M. Hoffman and REMANDS this matter to the Commissioner for further proceedings.

/s/ Joel M. Carson III
**JOEL M. CARSON III**
**UNITED STATES CIRCUIT JUDGE**
**SITTING BY DESIGNATION**